Aksana M. Coone, Esq. (SBN 190125)
LAW OFFICES OF AKSANA M. COONE
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9650
Facsimile: (310) 954-9008
Email: aksana@coonelaw.com

Attorneys for Plaintiff,
ISAAC MIZRAHI

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MIZRAHI<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>PRINCESS CRUISE LINES, LTD., DESTINATION SERVICES GREECE, DESTINATION SERVICES, HOTELBEDS SPAIN, S.L.U. trading under the trademark DESTINATION SERVICES, HOTELBEDS GROUP, S.L.U., and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-cv-09231 MWF (KSx)<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE |
| PRINCESS CRUISE LINES, LTD.,<br><br>　　　　Cross-Claimant,<br><br>Vs.<br><br>DESTINATION SERVICES GREECE, DESTINATION SERVICES, HOTELBEDS SPAIN, S.L.U. trading under the trademark DESTINATION SERVICES HOTELBEDS GROUP, S.L.U., and ROES 1-10,<br><br>　　　　Cross-Defendants. | Filed: 10/28/2018<br>Judge: Hon. Michael W. Fitzgerald<br>Magistrate: Karen L. Stevenson |

## ORDER

Based on the parties' Stipulation of Dismissal, it is hereby **ORDERED** that:

1. All claims and cross claims in the above-entitled action are dismissed in their entirety with prejudice; and

2. Each party is to bear its/his own fees and costs;

**IT IS SO ORDERED.**

Dated: March 30, 2020

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE